*People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.

The People of the State of New York, Respondent, v Tasha E. Rosbrook, Appellant. [955 NYS2d 779

Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

The People of the State of New York, Respondent, v Tasha E. Rosbrook, Appellant. [955 NYS2d 778

Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

The People of the State of New York, Respondent, v Justin Woodruff, Appellant. [955 NYS2d 779]

Present—Scudder, P.J., Centra, Fahey, Carni and Valentino, JJ.

(December 28, 2012)

Richard Bruce, Respondent-Appellant, v Actus Lend Lease, Appellant-Respondent. [959 NYS2d 574]—

Memorandum: Plaintiff commenced this Labor Law and common-law negligence action seeking damages for injuries that he allegedly sustained when a roof truss that he was securing to a building under construction broke apart, striking him and knocking him off a ladder. The truss broke apart when the